granting of the new trial the costs of the former trial, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Claim of SARAH LOMASNEY, Respondent, against the Estate of MARY CAVANAUGH, Deceased. ELLA E. NODDA, as Administratrix, etc., Appellant.— Decree affirmed, with costs to respondent payable out of the estate. All concurred.

A. P. WRIGHT and Another, Respondents, v. CHERUBINA DISANTO, as Administratrix, etc., Appellant.— Judgment and order affirmed, with costs. All concurred.

AMELIA HORNBURG, Respondent, v. WILLIAM HORNBURG, Appellant. — Judgment and order affirmed, with costs. All concurred.

CATHERINE C. GENS, Appellant, v. CHARLES A. BALDWIN, Respondent. — Judgment affirmed, with costs. · All concurred.

PATRICK O'BRIEN, Respondent, v. HARRY W. PARKER, Appellant.— Judgment affirmed, with costs. All concurred.

THOMAS F. SHAUGHNESSY, Respondent, v. FRANK V. BROTSCH COMPANY, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WHITFIELD, Relator, v. LOUIS. P. FUHRMANN and Others, Composing the Board of Police Commissioners of the City of Buffalo, Respondents.— Determination confirmed and writ dismissed, without costs. All concurred.

MARY A. LYONS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concurred.

EFFIE E. CHAPMAN, Respondent, v. GENESEE REDUCTION COMPANY, Appellant. — Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the verdict is against the weight of the evidence.

STILLMAN CHAPMAN, Respondent, v. GENESEE REDUCTION COMPANY, Appellant.—Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the verdict is against the weight of the evidence.

WESTERN NEW YORK WATER COMPANY, Respondent, v. CITY OF NIAGARA FALLS and Others, Appellants.— Order affirmed, with costs. All concurred.

WESTERN NEW YORK WATER COMPANY, Respondent, v. CITY OF NIAGARA FALLS and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Merrell and De Angelis, JJ., who dissented.

ADA B. AMSDEN, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concurred.

CALVIN A. BROOKS, Respondent, v. JOHN S. VOORHEES, Appellant. —Judgment and order affirmed, with costs. All concurred.

MICHAEL IUPPA, Plaintiff, v. ROBERT A. SAXTON Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that there was a question of fact to be submitted to the jury as to whether the plaintiff was negligent in failing to